# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| STANLEY W. RICE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. CIV 13-095-FHS-SPS |
| THOMAS HOUDYSHELL, et al., | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Plaintiff has filed another request for appointment of counsel, again alleging he takes numerous prescription medications which affect his ability to comprehend the issues of this case or to respond to the defendants' pleadings and discovery requests. He also asserts he needs an attorney for his scheduled deposition.

The court has reexamined the merits of plaintiff's claims, the nature of his factual allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After careful review and consideration of plaintiff's ability to present his claims and the complexity of the legal issues raised by the claims, the court again finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

**ACCORDINGLY,** plaintiff's motion (Dkt. 85) is DENIED.

Dated: May 26, 2015

Frank H. Seay
United States District Judge
Eastern District of Oklahoma